# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

    v.

DAVID HERNANDEZ,

    Petitioner

:  No. 407 EAL 2025
:
:
:
:  Petition for Allowance of Appeal
:  from the **Unpublished**
:  **Memorandum and Order** of the
:  Superior Court at No. 995 EDA
:  2024 entered on May 13, 2025,
:  **affirming** the Judgment of
:  Sentence of the Philadelphia
:  County Court of Common Pleas
:  at No. CP-51-CR-0004024-2023
:  entered on March 22, 2024

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 10th day of June, 2026, the "Petition to Remand to Raise After-Discovered Exculpatory Evidence Claim" is **GRANTED**. The Superior Court's decision below is **VACATED**, and this matter is **REMANDED** to the Superior Court with instructions to remand to the Court of Common Pleas of Philadelphia County (common pleas court). The Superior Court shall direct the common pleas court to consider Petitioner's after-discovered evidence claim. The Petition for Allowance of Appeal is **DISMISSED AS MOOT**.

    Jurisdiction relinquished.